IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

UNITED STATES OF AMERICA            )
ex rel. TIMOTHY BELL #B-70669,      )
                                    )
                Petitioner,         )
                                    )
    v.                              )    No.  08 C 2863
                                    )
EDDIE JONES,                        )
                                    )
                Respondent.         )

                        MEMORANDUM ORDER

    This case's file, stemming from the pro se effort of state court prisoner Timothy Bell ("Bell") to secure habeas corpus relief, is in a state of confusion. After this Court issued its May 29, 2008 memorandum order dismissing Bell's Petition, he filed a notice of appeal. That in turn occasioned two further rulings from this Court:

    1. On July 10 it issued its statement of reasons why no certificate of appealability should issue.

    2. On July 24 it issued its memorandum opinion and order denying Bell's application for permission to proceed on appeal in forma pauperis.

    Now this Court has learned, although only because it showed up on the current printout of pending motions in cases on this Court's calendar (a printout that this Court obtains at periodic short intervals), that on July 24 the Clerk's Office received Bell's "Motion for Reconsiderat [sic] of Ruling, and Appointment

of Counsel.[1] That date of receipt is itself puzzling, because Bell lists a "6-26-08" date of preparation (four weeks earlier) on that handwritten document. But in any event, this Court denies both aspects of that motion as moot, given the pendency of Bell's appeal.

                                                                          _____
                                                                          Milton I. Shadur
                                                                          Senior United States District Judge

Date: July 28, 2008

---

[1] Much of the confusion referred to at the outset of this memorandum order stems from Bell's failure to file anything but an original document, with no copies provided either for delivery to this Court's chambers or for service of process. Indeed, this Court learned of Bell's original Petition only from the same type of printout of pending motions! Now Bell has done it again.